Avery Cato
Plaintiff

Joe Biden & his campaign
Defendant

Civil Action no.

2023 AUG 31 PM 4:43
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____

# Petition

I'm filing a lawsuit against Joe Biden and his campaign for stealing intellectual property that caused me to get very sick mentally and that lead to obscene damages.

The damages will be listed elsewhere. I am not Democratic nor Republican, but invest great faith into you to rule in my favor $301B.

I've been committed 5x civilly, and one time for competency to mental hospitals. I ask that you subpoena my medical records from (Green Oaks Medical City of Dallas, Canyon Ridge of Chino Hills, Longhorn Behavioral of Georgetown, Ascension-Seton, and Saint Elizabeth in the District of Columbia).

There's a precedent for negligence of $301B in Corpus Christi and I feel my case is of the realm considerate of all factors in play. I ask you also subpoena evidence, satellite + synopsis of each well coordinated damage of fact and grave misfortune.

I pray that you subpoena Joe Biden and his campaign for the intellectual property I witnessed break records & function the country in part. I asked the FBI, and they told me no. As 'Establishing Justice' is a goal of the Constitution, 1/6, I ask you discern and seek out each and every difference in unbias judgement & principle objective.

I've witnessed major amounts of mere judicial-speculation in politics, entertainment, and general communication; maybe trillions in profit by now. I feel it is relavent, so I ask you obtain evidence of all (for profit) use of any of my intellectual property and likeness.

Lastly, I've always been mistreated in court in my opinion, only so. regardless of your call I would like to know (why) in statute & nationalization. This is related to tyranny, myself more, and the well being of our Nation; not motivated any other way.

2006-present Damages heart-mind at the gross damages  L4

~ Suicide attempt B 5th psycheward committment, to Ascension Seton of Austin

~ Drugged B touched in my home, summer-July later in 21', B police wouldn't help

~ Suicidal hydroplane car crash 2x same day Austin

~ House Fire Ballpark North apt.

~ ~~Evicted going~~ AE on 2nd ⊗, Evicted 2x B on 3rd illegally

~ 10x± police called on my post B hollering delusionally Austin, Cstat, San Marcos

~ Homelessness Bryan Shelter

AE ~ ~~Abandoned~~/Isolated/Celibate AC

~ Overdosed by Brazos-College Station/Bryan MHMR; hit the floor near death ⊗ Ambulance called to Mojos near A&M Campus
~ Stalked ~~further~~ by former Classmates; ~~don't buy bullshit~~
attempted manslaughter of (disabled) man -me)

Damages from IP theft since 2020

- 2 guns pointed @ me
  ~ guys blasting music outside my Austin apt, I hollered @ the window + I was flashed a beam
  ~ @ Haven @ Thorpe lane on side by back door in my Mercedes close to the day I quit Nike a guy flashed a gun @ me

- Arrested, B violated by my rights in Brazos Jail.
- Arrested ~~here~~ AC in DC & committed a 6th time B abused ~~here~~ AC for deviations of being Stalked B having had intellectual property stolen.
- Critical diagnosis @ MHMR Sheet AC
- Begged for money to smoke nicotine to curve my panic attacks, involuntary + pitifully addicted - much of 22'

The goals of the Preamble surely over-rule any law not of the Bill of Rights or its (nature);

Goals & principles of the Constitution.

Of & To the Constitution

| 6 Goals | 7 principles |
|---|---|
| ~ To form more perfect Union | ~ Popular sovereignty |
| ~ To establish justice | ~ Limited gov't |
| ~ To ensure domestic tranquility | ~ Separation of powers |
| ~ To provide for the common defense | ~ Checks & balances |
| ~ To promote the general welfare | ~ Federalism |
| ~ To secure the blessings of liberty | ~ Republicanism |
| | ~ Individual rights |

~~For sakes of the Revolutionary War & its services, the goals & principles of the Constitution, & Ethics of humanity (common sense, God, consensus); Acquit me of Attempted threats that (I did), after the gov't incited me by seizing my property & liquidating it w/o just compensation for Billions! Ignoring my rights~~

*[signature]*   8/30/23

Address: 1321 N I35, San Marcos, TX, 78666 room 207 / Motel 6 South of Aquerena

Alt Address 2414 Creekwood drive, Cedar Hill, TX, 75104 :mailing

Cell phone 512-210-1378