IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AVERY CATO, | § | |
| Plaintiff, | § § § | |
| v. | § | 1:23-CV-1029-DII |
| JOE BIDEN, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On this date, the Court adopted the magistrate judge's report and recommendation and dismissed Plaintiff's claims with prejudice. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on October 24, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE